# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2010

140177

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re Estate of EDWARD BRANNON.

_____

DEBORAH ERBER, Personal Representative of
the Estate of EDWARD BRANNON,
      Plaintiff-Appellant,

v

DEPARTMENT OF COMMUNITY HEALTH,
      Intervenor,

and

KZ PROPERTIES, LLC,
      Defendant-Appellee.

_____/

SC: 140177
COA: 285470
Charlevoix CC: 07-054821-NO

     On order of the Court, the application for leave to appeal the November 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2010

_____
Clerk

s0526